IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL MAYEN, | ) | No. C 12-04088 EJD (PR) |
| Plaintiff. | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| CHRIS LE, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, initiated the instant civil rights action by filing a letter complaining generally of the failure of doctors to properly treat his medical conditions. Plaintiff later filed a complaint against prison medical personnel at California Rehabilitation Center Norco alleging inadequate medical treatment. (Docket No. 5.) Because the acts complained of occurred in Riverside County, which lies within the venue of the Central District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. See 28 U.S. C. § 1406(a).

The Clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

DATED: 12/5/2012

EDWARD J. DAVILA
United States District Judge

Order of Transfer
04088Mayen_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE MANUEL MAYEN,

Case Number: CV12-04088 EJD

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Mayen P-47545
California Rehabilitation Center
P. O. Box 3535
Norco, CA 92860-0991

Dated: December 5, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk