**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M. MAYEN,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRIS LE; C. BHAVSAR; J. ELIOTT; MARIAN CONTRERAS; MS. LEE,<br><br>   Defendants. | CASE NO. ED CV 12-02185 MMM (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: June 4, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE