**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL M. MAYEN, | CASE NO. ED CV 12-02185 MMM (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CHRIS LE; C. BHAVSAR; J. ELIOTT; MARIAN CONTRERAS; MS. LEE, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: June 4, 2014

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE